O-Send

FILED
CLERK, U.S. DISTRICT COURT
FEB 10 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | ) No. 09-MJ-00265-DUTY |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| | ) HEARING |
| v. | ) (18 U.S.C. § 3142(i)) |
| AURELIO PARRA RAMIREZ, | ) |
| Defendant. | ) |

I.

A. ( ) on motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq., 955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On Motion (X) (by the Government)/ ( )(by the Court *sua sponte*) involving:

|   |   |   |
|---|---|---|
| 1. | (X) | serious risk defendant will flee; |
| 2. | ( ) | serious risk defendant will |

    a.    ( ) obstruct or attempt to obstruct justice

    b.    ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

## II.

The Court finds no condition or combination of conditions will reasonably assure:

A.    (X) appearance of defendant as required; (and) or

B.    (X) safety of any person or the community

## III.

The Court has considered:

A.    (X) the nature and circumstances of the offense;

B.    (X) the weight of evidence against defendant;

C.    (X) the history and characteristics of the defendant;

D.    (X) the nature and seriousness of the danger to any person or to the community.

## IV.

The Court concludes:

A.  (X) Defendant poses a risk to the safety of other persons or the community because:

Defendant's criminal history, as outlined in the pretrial services report, includes narcotics ~~and~~ offenses and crimes involving violence.

B. (X) History and characteristics indicate a serious risk that defendant will flee because:

~~Be~~ The court has no personal information related ~~with~~ to defendants or known bail resources with which to assess flight risk.

C. ( ) A serious risk exists that defendant will:
   1. ( ) obstruct or attempt to obstruct justice;
   2. ( ) threaten, injure or intimidate a witness/juror
because:

D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142(e).

**IT IS ORDERED** that defendant be detained prior to trial.

**IT IS FURTHER ORDERED** that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or persons held pending appeal.

**IT IS FURTHER ORDERED** that defendant be afforded reasonable opportunity for private consultation with his counsel.

Dated: February 10, 2009  _____
                          THE HONORABLE JENNIFER T. LUM
                          U.S. Magistrate Judge